| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | UNITED STATES DISTRICT COURT |
| 12 | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| RONNIESA TOLEFREE, an individual, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>C.R. ENGLAND, INC., and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No: 2:19-cv-00295-JAM-CKD<br><br>Assigned for all purposes to:<br>Hon. John A. Mendez<br><br>**ORDER APPROVING STIPULATION TO REMOVE IMPROPERLY FILED DOCUMENT FROM COURT'S DOCKET** |

---

1

*ORDER APPROVING STIPULATION TO REMOVE IMPROPERLY FILED DOCUMENT FROM DOCKET*
56916394.v1

# **ORDER**

Upon consideration of the parties' stipulation for this Court to remove docket entry no. 9 (the Declaration of Tiffany Guthrie filed on March 22, 2019), and good cause having been shown, it is this 3rd day of April, 2019 HEREBY ORDERED that docket entry no. 9 be permanently removed from the docket.

**IT IS SO ORDERED.**

Dated: April 3, 2019

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE