UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIESA TOLEFREE, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>C.R. ENGLAND, INC., and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No: 2:19-cv-00295-JAM-CKD<br><br>Assigned for all purposes to:<br>Hon. John A. Mendez<br><br>**ORDER APPROVING STIPULATION TO (1) VACATE HEARING DATE ON DEFENDANT'S PENDING MOTIONS AND HOLD THEM IN ABEYANCE, (2) VACATE CURRENT DEADLINE TO SUBMIT RULE 26(F) DISCOVERY PLAN, AND (3) STAY MATTER** |

1

*ORDER APPROVING STIPULATION TO (1) VACATE HEARING DATE ON DEFENDANT'S PENDING MOTIONS AND HOLD THEM IN ABEYANCE, (2) VACATE CURRENT DEADLINE TO SUBMIT RULE 26(F) DISCOVERY PLAN, AND (3) STAY MATTER*

56929262.v1

## ORDER

Upon consideration of the Parties' Stipulation to (1) Vacate Hearing Date on Defendant's Pending Motions and Hold Them in Abeyance, (2) Vacate Current Deadline to Submit Rule 26(f) Discovery Plan, and (3) Stay Matter, and good cause having been shown, it is this 11th day of April, 2019 HEREBY ORDERED that:

(a) the hearing currently set for May 21, 2019 and all related briefing deadlines on C.R. England's Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a) and C.R. England's Motion to Compel Individual Arbitration are vacated;

(b) the current April 16, 2019 deadline for the Parties to confer as required by Federal Rule of Civil Procedure 26(f) and to submit to the Court a joint status report including a Rule 26(f) discovery plan is vacated;

(c) the Parties shall file a joint status report by no later than August 27, 2019 advising the Court as to the outcome of their August 20, 2019 mediation and, if necessary, setting a new hearing date on the Motions; and

(d) this matter is stayed pending the outcome of the August 20, 2019 mediation and (if necessary) subsequent determination of the Motions.

**IT IS SO ORDERED.**

Dated: April 11, 2019         /s/ John A. Mendez
                              HON. JOHN A. MENDEZ
                              UNITED STATES DISTRICT JUDGE

2      Case No. 2:19-cv-00295-JAM-CKD

*ORDER APPROVING STIPULATION TO (1) VACATE HEARING DATE ON DEFENDANT'S PENDING MOTIONS AND HOLD THEM IN ABEYANCE, (2) VACATE CURRENT DEADLINE TO SUBMIT RULE 26(F) DISCOVERY PLAN, AND (3) STAY MATTER*

56929262.v1